UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

          v.                                    Case # 17-CR-203-FPG-MJR

RYAN BUTERBAUGH,                          DECISION AND ORDER

          Defendant.

On July 16, 2018, Defendant Ryan Buterbaugh consented to enter a guilty plea before United States Magistrate Judge Michael J. Roemer. Specifically, Buterbaugh acknowledged that Judge Roemer explained to him the nature of the offense with which Buterbaugh is charged, the maximum possible penalties if Buterbaugh is found guilty, Buterbaugh's right to the assistance of legal counsel, and his right to a trial, judgment, and sentencing before a United States District Judge.

The same day, Buterbaugh appeared before Judge Roemer and entered a plea of guilty to Count 1 of the Indictment. Judge Roemer made an oral Report and Recommendation immediately after the plea proceeding, ECF No. 63, and filed a written Report and Recommendation, ECF No. 64, confirming that Buterbaugh's guilty plea met the requirements of Fed. R. Crim. P. 11, and recommending that this Court accept the guilty plea. No objections to the Report and Recommendation were timely filed, and no extension of time to file objections was sought. Pursuant to 28 U.S.C. § 636(b), Judge Roemer's Report and Recommendation, ECF No. 64, is adopted in its entirety, the Court hereby accepts Buterbaugh's plea of guilty, and Defendant is hereby adjudged guilty of violating 21 U.S.C. § 846.

IT IS SO ORDERED.

DATED: July 31, 2018
Buffalo, New York

_____
HON. FRANK P. GERACI, JR.
Chief Judge
United States District Judge